1 CUMMINS & WHITE, LLP
James R. Wakefield, P.C. (Bar No. 102024)
2 E-mail: jwakefield@cwlawyers.com
2424 S.E. Bristol Street, Suite 300
3 Newport Beach, CA 92660-0764
Telephone: (949) 852-1800
4 Facsimile: (949) 852-8510

5 Attorneys for Plaintiff

```
                                FILED
                        CLERK, U.S. DISTRICT COURT

                            FEB 10 2012

                        CENTRAL DISTRICT OF CALIFORNIA
                        BY              DEPUTY
```

___ Priority
___ Send
___ Clsd
___ Enter
_X_ JS-5/JS-6
___ JS-2/JS-3

8          UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA

12 United States for the Use of MAIN ELECTRIC SUPPLY COMPANY, a California corporation,

           Plaintiff,

     vs.

16 SJ & SON ELECTRIC, INC., a California corporation;
JAYNES CORPORATION OF CALIFORNIA, an unknown business entity;
STEVE M. JAWORSKI, an individual;
CONTINENTAL CASUALTY COMPANY, an Illinois corporation; and
DOES 1 through 50, inclusive,

           Defendant.

CASE NO.: CV11-10631 CAS (ANx)

**ORDER GRANTING REQUEST FOR DISMISSAL**

The Court having read Plaintiff's request to dismiss the instant action without prejudice pursuant to Federal Rule of Civil Procedure rule 41(a)(1), the Court hereby grants Plaintiff's request and this instant action is dismissed without prejudice.

Dated: 2/10/12

_____
UNITED STATES DISTRICT COURT JUDGE

-1-

ORDER GRANTING REQUEST FOR DISMISSAL

{S805.47|807817.DOCX;1}